IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CRISTO HENRY SERNA ZARETA, et al.,

        Petitioners,

v.                                        CIVIL ACTION NO. 2:26-cv-00069

CHRISTOPHER MASON, et al.,

        Respondents.

**ORDER TO SHOW CAUSE**

Upon consideration of Petitioner's Verified Petition for a Writ of Habeas Corpus, (ECF No. 1), **IT IS HEREBY ORDERED** that:

1. Respondents shall file a written response on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **Wednesday, February 4, 2026.**

2. Petitioner shall have an opportunity to file a reply by **Friday, February 6, 2026, at 12:00 P.M.**

3. This matter shall be heard by this Court on**, Monday, February 9, 2026, at 1:00 P.M.**

4. Respondents shall not remove or facilitate the removal of Petitioner from the Southern District of West Virginia pending further order of the Court. To the extent Petitioners have already been removed from this jurisdiction, Respondents

1

shall not transport Petitioners to a geographically further location or remove Petitioners from the United States pending further order of the Court.

5. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia **FORTHWITH but no later than 9:00 A.M. on Monday, February 2, 2026,** and shall constitute good and sufficient service on the federal defendants.

6. Service of this Order shall be made by Petitioner on Christopher Mason, Superintendent, South Central Regional Jail, or an agent of Superintendent Mason at the South Central Regional Jail, **FORTHWITH but no later than 9:00 A.M. on Monday, February 2, 2026,** and shall constitute good and sufficient service on Superintendent Mason.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 30, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE