IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CRISTO HENRY SERNA ZARETA, et al.,

    Petitioners,

v.      CIVIL ACTION NO. 2:26-cv-00069

CHRISTOPHER MASON, et al.,

    Respondents.

**ORDER**

Pending before the Court is a Petition for Writ of Habeas Corpus (the "Petition") filed by Petitioners Cristo Henry Serna Zarate, Edwin Manuel Solis Hernandez, and Daniel Francisco Cruz Romero (collectively, "Petitioners"). (ECF No. 15.) The Respondents filed responses,[1] (ECF Nos. 17, 18-1), as well as a Motion to Dismiss, (ECF No. 18-1), and Petitioners filed a reply, (ECF No. 20). The Court held a show cause hearing on February 9, 2026.

In accordance with the ruling on the record, the Government's Motion to Dismiss, (ECF No. 18-1), is **DENIED**, and the Petition, (ECF No. 15), is **GRANTED**. Respondents are **ORDERED** to **RELEASE PETITIONER ROMERO IMMEDIATELY** from civil

---

[1] The Petition identifies the following respondents: Christopher Mason, as the Superintendent of the South Central Regional Jail (the "State Respondent"); Michael Rose ("Rose") as the Acting Field Office Director of the Philadelphia Field Office of ICE, Todd Lyons ("Lyons") as the Acting Director of ICE, Kristi Noem ("Noem") as the Secretary of Homeland Security, Pamela Bondi ("Bondi") as the United States Attorney General, (collectively the "Government"); and "John/Jane Doe Nos. 1-3" as "the unknown additional custodians" of Petitioners Zarate and Hernandez. (ECF No. 15.) The State Respondent filed a response deferring to the Government's position, (ECF No. 17), and the Government filed a separate response moving to dismiss the Petition for lack of jurisdiction and failure to state a claim, (ECF No. 18-1).

immigration custody, and the Court further **ORDERS** that any personal possessions belonging to Petitioner Romero, including identification and other documentation to include legal documents, be returned to him. The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioner Romero pending further order of this Court.

Further, Respondents are **ORDERED** to facilitate a confidential phone call between Petitioners Zarate and Hernandez and their counsel **FORTHWITH** and **IMMEDIATELY**, no later than **February 9, 2026**. Once that phone call occurs, the Petitioners Zarate and Hernandez are **ORDERED** to file a status report as to their preferences on release. An order detailing the release of Petitioners Zarate and Hernandez will follow shortly.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   February 9, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

2