IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CRISTO HENRY SERNA ZARETA, et al.,

        Petitioners,

v.                                                CIVIL ACTION NO. 2:26-cv-00069

CHRISTOPHER MASON, et al.,

        Respondents.

**ORDER**

On February 9, 2026, the Court granted the Petition for Writ of Habeas Corpus (the "Petition") filed by Petitioners Cristo Henry Serna Zarate ("Zarate"), Edwin Manuel Solis Hernandez ("Hernandez"), and Daniel Francisco Cruz Romero ("Romero").[1] (ECF No. 15.) At that time, Petitioners Zarate and Hernandez had not yet been returned to the Southern District of West Virginia, as ordered. (*See* ECF Nos. 16, 28, 32.) On February 12, 2026, the Respondents[2] reported that the Petitioners have been returned to this District. (*See* ECF Nos. 34, 35.)

Accordingly, Respondents are **ORDERED** to **RELEASE PETITIONERS ZARATE AND HERNANDEZ IMMEDIATELY** from civil immigration custody, and the Court further

---

[1] Specifically, the Court **DENIED** the Respondents' Motion to Dismiss, (ECF No. 18-1), and **GRANTED** the Petition, (ECF No. 15). (*See* ECF Nos. 28, 29, 36.) The Court also ordered Respondents to immediately release Petitioner Romero, who appeared in person. (*See id.*)

[2] The Petition identifies the following respondents: Christopher Mason, as the Superintendent of the South Central Regional Jail (the "State Respondent"); Michael Rose ("Rose") as the Acting Field Office Director of the Philadelphia Field Office of ICE, Todd Lyons ("Lyons") as the Acting Director of ICE, Kristi Noem ("Noem") as the Secretary of Homeland Security, Pamela Bondi ("Bondi") as the United States Attorney General, (collectively the "Government"); and "John/Jane Doe Nos. 1-3" as "the unknown additional custodians" of Petitioners Zarate and Hernandez. (ECF No. 15.)

1

**ORDERS** that any personal possessions belonging to Petitioners Zarate and Hernandez, including identification and other documentation to include legal documents, be returned to them. The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners Zarate and Hernandez pending further order of this Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 13, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE