IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CRISTO HENRY SERNA ZARATE, et al.,

        Petitioners,

v.                                                            CIVIL ACTION NO. 2:26-cv-00069

CHRISTOPHER MASON, et al.,

        Respondents.

**JUDGMENT ORDER**

In accordance with the Court's Orders granting the Petitioner's 28 U.S.C. § 2241 Habeas Corpus Petition, (ECF Nos. 29, 36, 38) the Court **DENIES** the Respondents' Motion to Dismiss, (ECF No. 18-1), and **GRANTS** the Petition, (ECF No. 15). Respondents are **ORDERED** to **RELEASE PETITIONERS IMMEDIATELY** from civil immigration custody, and the Court **ORDERS** that any personal possessions belonging to Petitioners, including identification and other documentation to include legal documents, be returned to them. The Court further **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners pending further order of this Court. The Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

      **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     February 13, 2026

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE