IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CRISTO HENRY SERNA ZARETA, et al.,

        Petitioners,

v.                                    CIVIL ACTION NO.   2:26-cv-00069

CHRISTOPHER MASON, et al.,

        Respondents.

## ORDER

For reasons appearing to the Court, the show cause hearing currently scheduled for February 23, 2026, is **CONTINUED** to **February 26, 2026, at 11:30 a.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       February 23, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE