IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CRISTO HENRY SERNA ZARATE, et al.,

        Petitioners,

v.                            CIVIL ACTION NO.  2:26-cv-00069

CHRISTOPHER MASON, et al.,

        Respondents.

**ORDER**

For reasons appearing to the Court, the show cause hearing currently scheduled for February 26, 2026, is **CONTINUED** to **March 5, 2026, at 3:00 p.m.** Additionally, the Court **ORDERS** that a representative of Immigration Customs and Enforcement—who had notice of the Court's February 13, 2026 Order, (ECF No. 40), and was responsible for the property of Petitioners Serna Zarate and Solis Hernandez—appear before this Court in person at the hearing on March 5, 2026, at 3:00 p.m. to show cause as to why sanctions would be inappropriate.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      February 25, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE