IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CRISTO HENRY SERNA ZARETA, et al.,

        Petitioners,

v.                                            CIVIL ACTION NO.  2:26-cv-00069

CHRISTOPHER MASON, et al.,

        Respondents.

ORDER

Pending before the Court is the parties' Joint Motion to Continue the Telephonic Status Conference.  (ECF No. 56.)  For reasons appearing to the Court, the motion is **GRANTED**, and the telephonic status conference currently scheduled for March 9, 2026, at 1:30 p.m. is **CONTINUED** to **March 17, 2026, at 10:00 a.m.**  The call-in information for the call is as follows: 304-461-4955, then dial 753 300 758# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:      March 9, 2026

                              THOMAS E. JOHNSTON
                              UNITED STATES DISTRICT JUDGE