**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

CRISTO HENRY SERNA ZARETA, et al.,

        Petitioners,

v.                                         CIVIL ACTION NO.  2:26-cv-00069

CHRISTOPHER MASON, et al.,

        Respondents.

**ORDER**

For reasons appearing to the Court, the telephonic status conference currently scheduled for March 17, 2026, is **CONTINUED** to **March 19, 2026, at 2:30 p.m.**   The call-in information for the call is as follows: 304-461-4955, then dial 753 300 758# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:        March 16, 2026

                    _____

                    THOMAS E. JOHNSTON
                    UNITED STATES DISTRICT JUDGE