**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

CRISTO HENRY SERNA ZARETA, et al.,

        Petitioners,

v.                                        CIVIL ACTION NO.   2:26-cv-00069

CHRISTOPHER MASON, et al.,

        Respondents.

**ORDER**

The Court previously ordered Respondents to appear before this Court to show cause as to why sanctions would be inappropriate based on the failure to comply with the Court's order to return Petitioners' property. (*See* ECF Nos. 46, 53.) At the show cause hearing on March 5, 2026, the parties indicated the ability to settle the issue without Court-imposed sanctions. (*See* ECF No. 54.) The Court permitted the parties to engage in settlement negotiations for two weeks, (*see* ECF Nos. 55, 57, 58), but, to date, Respondents have failed to follow through, (*see* ECF No. 59). Specifically, during the telephonic status conference on March 19, 2026, Respondents claimed that they lacked the ability to pay for lost property due to the lapse in federal government appropriations, (*see id.*), despite the fact that the United States Immigration and Customs Enforcement ("ICE") has $75 billion at its disposal, *see* Richard Cowan, *US House Approves Several FY 26 Bills, Including Domestic Security with Immigration Clampdown Funds*, REUTERS (Jan. 22, 2026, at 5:31 PM), available at https://www.reuters.com/legal/government/democrats-

1

opposition-immigration-crackdown-puts-spending-bill-question-2026-01-22/ ("Even without enactment of the [Department of Homeland Security funding] bill, ICE would be able to continue its operations" because "Trump's 'One Big Beautiful Bill' tax-cut law enacted last year gave ICE an additional $75 billion that does not require any additional congressional action."); Meg Kinnard, *What to Know about the Homeland Security Shutdown*, ASSOCIATED PRESS (Feb. 14, 2026 at 9:13 AM), available at https://apnews.com/article/homeland-security-shutdown-ice-funding-7bf62bc50ca0a6a6013a714bee2ffdb4 ("But the work of ICE . . . will mostly continue unabated" regardless of a lapse in appropriations because "President Donald Trump's tax and spending cut law from 2025 provided ICE with about $75 billion," which it "can keep tapping for the Republican's deportation operations."); Lisa Desjardins, *Where Congress Stands on the DHS Funding Fight*, PBS (Jan. 28, 2026, at 2:52 PM), available at https://www.pbs.org/newshour/politics/where-congress-stands-on-the-dhs-funding-fight ("ICE is the department least likely to be affected by a shutdown" because Trump's One Big Beautiful Bill "gave ICE a surge of $75 billion dollars," which is "enough to operate for years without more funding from Congress"); *see also* One Big Beautiful Bill Act, Pub. L. No. 119-21, 139 Stat. 72 (2025).

Therefore, the Court **ORDERS** Respondents to appear before this Court on **April 1, 2026, at 1:30 P.M.** to show cause as to why sanctions would be inappropriate. The Court **ORDERS** the acting Field Office Director of the Philadelphia Field Office of ICE[1] ("Philadelphia Field Office Director") to appear in person at this hearing. The Court further **ORDERS** the United

---

[1] At the time this lawsuit was initiated, Michael T. Rose ("Rose") allegedly held that position. (*See* ECF No. 1, 15.) However, pursuant to Federal Rule of Civil Procedure 25(d), any successor of Respondent Rose is "automatically substituted" in as the acting Philadelphia Field Office Director. Fed. R. Civ. P. 25(d).

States Attorney's Office for the Southern District of West Virginia ("USAO") to ensure the acting

Philadelphia Field Office Director is aware of and provided a copy of this order.   To that end, the

USAO is **ORDERED** to file a status report identifying the acting Philadelphia Field Office

Director and confirming that he or she was made aware of and provided a copy of this order.

     **IT IS SO ORDERED**.

     The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented party.

ENTER:     March 20, 2026

_____

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

3