# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

CRISTO HENRY SERNA ZARETA, et al.,

      Petitioners,

v.                                     CIVIL ACTION NO.  2:26-cv-00069

CHRISTOPHER MASON, et al.,

      Respondents.

### ORDER

Pending before the Court is the Respondents' motion to continue (ECF No. 62).  For good cause shown, the Court **GRANTS IN PART** the motion, and **CONTINUES** the show cause hearing currently scheduled for April 1, 2026, to **April 13, 2026, at 1:00 p.m.**  The Court, however, **DENIES** Respondents' request for John Rife, Acting Director, United States Immigration and Customs Enforcement to appear via video or telephone, and **ORDERS** Mr. Rife to appear **in person.**

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                   ENTER:       March 25, 2026

                                 THOMAS E. JOHNSTON
                                 UNITED STATES DISTRICT JUDGE