**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

CRISTO HENRY SERNA ZARETA, et al.,

        Petitioners,

v.                                  CIVIL ACTION NO.   2:26-cv-00069

CHRISTOPHER MASON, et al.,

        Respondents.

**ORDER**

For reasons appearing to the Court, the show cause hearing currently scheduled for Monday, April 13, 2026, at 1:00 p.m. is **CANCELLED**.   The Clerk is **DIRECTED** to remove this matter from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                        ENTER:        April 9, 2026

                                  _____

                                  THOMAS E. JOHNSTON
                                  UNITED STATES DISTRICT JUDGE